FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2017 FEB -9  PM 3: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

DOUGLAS EVERETT,                    )
                                    )       CIVIL ACTION FILE
         Plaintiff,                 )
                                    )       CASE NO.: 3:17-cv-162-J-25JRK
vs.                                 )
                                    )
USAA CASUALTY INSURANCE             )
COMPANY,                            )
                                    )
         Defendant.                 )
_____)

## DEFENDANT USAA CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant, USAA CASUALTY INSURANCE COMPANY ("USAA CIC") by and through its undersigned attorneys hereby files with this Court, pursuant to 28 U.S.C. § 1446, a Notice of Removal to this Court of the above captioned matter from the Third Judicial Circuit, Columbia County, Florida.  In support of the removal of this action, Defendant states as follows:

1.    Plaintiff Douglas Everett filed a civil action in the Circuit Court for Columbia County, Florida, Case No.: 2016-333CA, Judge Paul Bryan, for injuries arising out of a motor vehicle accident that occurred in Live Oak, Suwannee County, Florida.

2.    Defendant USAA CIC removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1441 as:

   a.   This is an action between citizens of different states and this is a civil action;

   b.   In which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3.    Plaintiff and Defendant are diverse in citizenship.

4.     Plaintiff is a citizen of Florida and was a resident of Florida at the time the Complaint was filed.  Plaintiff resides at 163 N.W. Everett Terrace, White Springs, Florida 32096.  **Pl.'s Answer to Interrog. ¶ 1 (Exhibit 1).**

5.     Defendant USAA CIC is a foreign corporation, incorporated under the laws of Texas with its principal place of business in San Antonio, Texas.

6.     Accordingly, for the purpose of determining whether diversity jurisdiction exists, Defendant USAA CIC is a citizen of Texas.  28 U.S.C. § 1332(c) (a corporation is a citizen of any state in which it is incorporated and of the state where its principal place of business is located).

7.     The amount in controversy is in excess of $75,000, exclusive of costs and interests.

8.     On January 12, 2017, Plaintiff submitted a Proposal for Settlement to Defendant, in the amount that exceeds $75,000.  (Defendant will provide a copy of the Proposal for Settlement upon this Court's request.)  See Boyd v. N. Trust Co., Case No. 8:15-cv-2928-T-33TBM, 2016 U.S. Dist. LEXIS 19721, at *15 (M.D. Fla. Feb. 18, 2016) (stating offers to settle after the filing of the complaint, as opposed to pre-suit demands, may be considered for purposes of determining the amount in controversy for removal of diversity suits).

9.     Accordingly, this case is removable pursuant to 28 U.S.C. § 1441.

10.    This Notice of Removal is timely filed within 30 days of when the Plaintiff filed his Proposal for Settlement on January 12, 2017, which thereby satisfied the amount in controversy requirement for diversity jurisdiction.  28 U.S.C. § 1446(b)(3).

11.    The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the location of the State Court action.  Thus, Defendant may properly remove the State Court action to this Court pursuant to 28 U.S.C. § 1441(a).

12. Copies of all process, pleadings, and Orders served upon Defendant are being filed concurrently with this Notice of Removal as required by 28 U.S.C. § 1446(a). **Exhibit 2.**

13. Pursuant to 28 U.S.C. § 1446(b), the Defendant served written notice on the Plaintiff of this Notice of Removal. The Defendant filed and served a true and correct copy of this Notice of Removal with the State Court as required by 28 U.S.C. § 1446(d). **Exhibit 3.**

14. Defendant has submitted herewith a filing fee of $400.00.

WHEREFORE, Defendant USAA CASUALTY INSURANCE COMPANY respectfully requests that this Court accept the removal of this action from State Court.

**BOYD & JENERETTE, P.A.**

BILLIE JO TAYLOR
Florida Bar No. 057613
TIFFANY L. KORTE
Florida Bar No. 124763
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
904-353-6241 – Telephone
904-493-3742 – Facsimile
*Attorneys for Defendant USAA CIC*
Primary Address for E-service:
efiling@boydjen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to **Thomas T. Demas, Esquire,** (demaslaw@bellsouth.net ) 153 NE Madison Street, Post Office Box 1933, Lake City, FL 32056; via Electronic Mail, this _9th_ day of February, 2017.

**BOYD & JENERETTE, P.A.**

ATTORNEY