Filing # 46557066 E-Filed 09/16/2016 02:28:24 PM

IN THE CIRCUIT COURT, THIRD
JUDICIAL CIRCUIT, IN AND FOR
COLUMBIA COUNTY, FLORIDA

DOUGLAS EVERETT,

CASE NO. 16-3330A

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, DOUGLAS EVERETT, by and through his undersigned attorney, and sues the Defendant, USAA CASUALTY INSURANCE COMPANY, and alleges:

1. This is an action for damages which exceeds $15,000.00.

2. At all times material to this action, the Defendant, USAA CASUALTY INSURANCE COMPANY, was and is a corporation engaged in the insurance business in the State of Florida, and was doing business in Columbia County, Florida.

3. At all times material hereto, the Defendant, USAA CASUALTY INSURANCE COMPANY, issued and had in full force and effect, a policy of automobile liability insurance, number 025577798-7103, which said policy provided, among other things, uninsured/underinsured motorist coverage to Plaintiff, DOUGLAS EVERETT. A copy of said policy is not attached hereto as it is not in Plaintiff's possession, but will be sought by prompt discovery hereafter.

4. On or about July 9, 2014, an underinsured motorist operated his motor vehicle on CR 136 in Live Oak, Florida.

0901119c9830e721

USAA Confidential

5. At that time and place, the underinsured motorist negligently operated or maintained his motor vehicle so that it collided with the vehicle the Plaintiff, DOUGLAS EVERETT, was a passenger in.

6. As a result, Plaintiff, DOUGLAS EVERETT, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and the aggravation of a previously existing condition. The losses are permanent and continuing and Plaintiff, DOUGLAS EVERETT, will suffer the losses in the future.

7. At the time of the accident above-described the underinsured motorist had bodily injury insurance coverage which is less than the total damages sustained by Plaintiff, DOUGLAS EVERETT.

8. Plaintiff has complied with all conditions precedent to entitle him to recover uninsured and/or underinsured motorist benefits under the policy of insurance above described.

WHEREFORE, Plaintiff demands judgment against the Defendant, USAA CASUALTY INSURANCE COMPANY, together with costs of this action.

Respectfully submitted this 15th day of September, 2016.

THOMAS T. DEMAS, P.A.

Thomas T. Demas
Florida Bar No. 0043656
153 NE Madison Street
Post Office Box 1933
Lake City, Florida 32056-1933
(386) 752-5222
Fax (386) 758-0950
demaslaw@bellsouth.net
Attorney for Plaintiff

0901119c9830e721    USAA Confidential