UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DOUGLAS EVERETT,**

Plaintiff,

v.                                        CASE NO.  3:17-cv-162-J-25JRK

**USAA CASUALTY INSURANCE COMPANY**,

Defendant.

_____

### O R D E R

Pursuant to the Parties' Stipulation (Dkt. 20), it is

**ORDERED** that this action is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of May, 2018.


HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record